No. 10–8856. DANIEL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–8858. MCKOY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8861. AGUILAR SEVILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8865. DUMAS v. UNITED STATES PAROLE COMMISSION. C. A. 10th Cir. Certiorari denied.

No. 10–8871. LATOUR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8872. ROWLS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8873. SOLOMON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8878. MARTIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8882. DURRETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–589. IDAHO v. SHACKELFORD. Sup. Ct. Idaho. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 10–669. WYETH PHARMACEUTICALS, INC. v. HENRY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–711. NATIONAL UNION FIRE INSURANCE CO. v. VP BUILDINGS, INC. C. A. 6th Cir. Motion of Zurich American Insurance Company for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 10–718. MISSOURI v. GARCIA. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.